```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 08-60272-CIV-COHN
                                      (04-60216-CR-COHN)
                              MAGISTRATE JUDGE P.A. WHITE

KELLY RAY JONES,              :

        Movant,               :

v.                            :      REPORT RE §2255 WITH
                                         PENDING APPEAL
UNITED STATES OF AMERICA,     :

        Respondent.           :
_____
```

Kelly Ray Jones filed a pro se motion to vacate pursuant to 28 U.S.C. §2255 attacking the conviction and/or sentence imposed in Case No. 04-60216-Cr-Cohn, following a guilty plea to conspiracy to possess child pornography, and conspiracy to obstruct justice, entered on October 21, 2004.

This Cause has been referred to the undersigned for consideration and report pursuant to 28 U.S.C. §636(b)(1)(B) and Rules 8 and 10 of the Rules Governing Section 2255 Proceedings in the United States District Courts.

Jones' Judgement and sentence were affirmed by the Eleventh Circuit Court of Appeals on October 17, 2006, and a writ of certiorari to the United States Supreme Court was denied on February 20, 2007. Jones filed this petition on February 27, 2008, and the petition was timely filed. On March 3, 2008, this Court

entered an Order denying the petitioner's motion to recuse the United States District Judge. On April 3, 2008, Jones filed a Notice of Appeal with the Eleventh Circuit of the Court's Order denying the recusal. The matter is currently on appeal before the Eleventh Circuit, Case No. 08-11736A.

The court has reviewed the Court's docket, the government's response (DE#21), and all pertinent portions of the underlying criminal record.

The notice of appeal divested this Court of jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. United States v Tovar-Rico, 61 F.3d 1529, 1532 (11 Cir. 1995), United States v. Wilson, 894 F.2d 1245, 1252 (11 Cir. 1990). Ordinarily, the motion should be dismissed, without prejudice to re-file if it concerns a matter appropriate to be raised after the appeal. United States v. Khoury, 901 F.2d 948, 969 n.20 (11 Cir. 1990); Shewchun v. United States, 797 F.2d 941 (11 cir Cir.1986)

However, in this case, the government has argued that the motion to vacate should be stayed. The general factors governing when it is appropriate to grant a stay pending the resolution of a claim in another forum include: 1) whether the petitioner is able

2

to demonstrate a clear hardship or inequity if the action were to move forward; 2) the injury, if any, to the respondent; and 3) the effect of the stay on the public interest, including the "judiciary's interest in efficiency, economy, and fairness." Hill v. Mitchell, 30 F. Supp.2d 997, 1000 (S.D. Ohio 1998)(citing Landis v. North American Co., 299 U.S. 248 (1936) and applying factors to motion to stay habeas petition). More recently, Courts have held that a stay may be appropriate when an outright dismissal of the petition will render it unlikely or impossible for the petitioner to return to federal court within the one-year limitation period imposed by the Antiterrorism and Effective Death Penalty Act (AEDPA), 28 U.S.C. § 2244(d). See Kelly v. Small, 300 F.3d 1159, 1165 (9 Cir. 2002); Nowaczyk v. Warden, New Hampshire State Prison, 299 F.3d 69, 79-80 (1 Cir. 2002); Zarvela v. Artuz, 254 F.3d 374, 382-83 (2 Cir. 2001); Freeman v. Page, 208 F.3d 572, 577 (7 Cir. 2000).

In this case, the petitioner is not appealing a final judgment, and the appeal does not toll the statute of limitations. (See 28 U.S.C. §2255 as amended April 24, 1996, pursuant to AEDPA) The petition has been timely filed, and upon refiling, the petitioner may run afoul of the procedural bar of the statute of limitations.

It is therefore recommended that this motion be stayed, until the Appellate Court returns jurisdiction to the United States District Court.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 12th day of May, 2008.

                                          UNITED STATES MAGISTRATE JUDGE

cc: Kelly Ray Jones, Pro Se
    Reg. No. 55835-004
    FMC Rochester
    Address of Record

    United States Attorney John S. Kastrenakes
    Office of US Attorney
    99 N.E. 4th Street
    Miami, FL  33132