UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60272-CIV-COHN/WHITE

KELLY RAY JONES,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER DENYING MOTION FOR SANCTIONS

**THIS CAUSE** is before the Court on Movant's Motion for Sanctions [DE 40]. The Court has considered the Motion, the record in this case, and is otherwise advised in the premises.

The Court finds that Movant has not established that the Assistant United States Attorney violated Rule 11(b) of the Federal Rules of Civil Procedure. In addition, Movant failed to abide by the 21-day "safe harbor" provision of Rule 11(c)(2). Because Movant filed his Motion with the Court contemporaneously with service on the Government, the Court must deny the Motion. See DeShiro v. Branch, 183 F.R.D. 281, 287-88 (M.D. Fla. 1998). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Sanctions [DE 40] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 29th day of September, 2009.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Kelly Ray Jones, *pro se*